UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

MUHAMMAD WAQAR,

              Defendant.

- - - - - - - - - - - - - - - - X

**INDICTMENT**

18 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **MAY 1 5 2018**

JUDGE STEIN

18 CRIM 342

## COUNT ONE

The Grand Jury charges:

From at least on or about April 23, 2018, up to and including on or about May 3, 2018, in the Southern District of New York and elsewhere, MUHAMMAD WAQAR, the defendant, willfully and knowingly did use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do the same, to wit, WAQAR used a cellular phone and phone messaging applications to attempt to persuade, induce, entice, and coerce a minor to engage in sexual activity and attempted to meet

with the minor in Manhattan, New York, to engage in sexual activity in violation of New York Penal Law Sections 130.60(2) and 130.65(4).

(Title 18, United States Code, Sections 2422 and 2.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MUHAMMAD WAQAR,

Defendant.

### INDICTMENT

18 Cr.

(18 U.S.C. §§ 2422 and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

5/15/18 Add Ful This case is Assigned to Judge Stein for all purposes

Mag Judge Moses