```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA                            :    18-Cr-342 (SHS)
                                                    :
         -against-                                  :    ORDER
                                                    :
MUHAMMAD WAQAR,                                     :
                        Defendant.                  :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Having received defendant's letter motion dated June 13, 2019 [Doc. No. 48], and the government's letter in opposition [Doc. No. 49],

IT IS HEREBY ORDERED:

1. The trial of this action is adjourned to September 9, 2019, at 9:30 A.M.;

2. The parties still shall submit proposed jury charges, any motions *in limine*, and any proposed *voir dire* on or before June 24, 2019; and

3. The parties still shall submit responses to any motions *in limine* on or before July 1, 2019.

Dated:   New York, New York
         June 14, 2019

                                             SO ORDERED:

                                             /s/ Sidney H. Stein
                                             Sidney H. Stein, U.S.D.J.