UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MUHAMMAD WAQAR,

                Defendant.

18-Cr-342 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the date for defendant's sentencing is adjourned to December 3, 2019, at 3:00 p.m.

Dated: New York, New York
         November 26, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.