UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-342 (SHS)

    -against- :

MUHAMMAD WAQAR, : ORDER

    Defendant(s). :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       December 3, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19