

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Muhammad Waqar*, 18 Cr. 342 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

As the Court is aware, before the start of trial in the above-captioned case, the Court directed defense counsel to make an ex parte proffer regarding the entrapment defense that counsel was contemplating advancing. Although this proffer was sealed to the Government for the duration of trial, the Government understands that the remarks were to be made part of the public record following the jury's verdict. Furthermore, based on the defendant's renewed request for bail pending appeal, it appears that the defense decision not to pursue an entrapment defense at trial may be an issue on appeal. (*See* Dkt. No. 89 at 21-23.) As a result, the Government respectfully requests that the Court unseal the currently sealed portion of the trial transcript dated September 9, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

SO ORDERED 1/10/2020

SIDNEY H. STEIN
U.S.D.J.